

# ESSMYER & DANIEL, P.C.

5111 Center Street, Houston, Texas 77007
713-869-1155 Phone     713-869-8957 Facsimile

**Michael M. Essmyer**
messmyer@essmyerdaniel.com
713-898-1320 Cellular

Of Counsel
CHARLES W. BAILEY, MD, JD
ROBERT B. WALLIS

April 29, 2015

**Frank B. Daniel**
fdaniel@essmyerdaniel.com
281-768-7205 Direct

*FILED IN 1ST COURT OF APPEALS HOUSTON TEXAS MAY - 8 2015 CHRISTOPHER A. PRINE CLERK*

**Via Certified Mail**

Michelle Tucker
Court Reporter, 80th Civil District Court
201 Caroline, 9th Floor
Houston, Texas 77002

    Re:    Cause No. 2012-62792; *Truong v. Nguyen.*; In the 80th Judicial District Court of Harris County, Texas, Texas First Court of Appeals No. 01-15-00082-CV.

Dear Ms. Tucker:

    Plaintiff Vicky Truong filed a notice of appeal to the First Court of Appeals, (1st Court of Appeals Cause No. 01-15-00082-CV), from the Trial Court's Final Judgment, signed on October 24, 2014. Plaintiff requested by letter of January 16, 2015, copy attached hereto as **Exhibit 1**, that you prepare and file with the First Court of Appeals a full record of all recorded proceedings in the case that you reported. This included all pre-trial and post-trial hearings, all trial proceedings and all exhibits from the trial of this case, which occurred on October 7th, 2014.

    We also inquired if you were in need of a deposit for the record that you may have transcribed. We have been in touch telephonically, by e-mail and in person several times since that date. While you have not asked for a deposit or given us a dollar amount, you assured our office that a transcript would be prepared for the appeal. On February 25, 2015, the Court of Appeals sent a late record letter to you. That letter is attached as **Exhibit 2** hereto.

    When the March 27, 2015 court reporter deadline passed, the Firm was assured that a letter would be sent by you to the Court of Appeals explaining why the court reporter record was not yet prepared. As a month has now passed, I am sending you this letter to find out the status of the record preparation in this case.

    Please contact me at 713-869-1155 or on my cell phone at 832-627-8794

Very truly yours,

Frank B. Daniel

Cc:    Texas 1st Court of Appeals
John M. Causey, Hope & Causey, P.C.
W. Scott Galevan, Hope & Causey, P.C.

**ESSMYER & DANIEL, P.C.**

5111 Center Street, Houston, Texas 77007
713-869-1155 Phone     713-869-8957 Facsimile

**Michael M. Essmyer**
messmyer@essmyerdaniel.com
713-898-1320 Cellular

Of Counsel
CHARLES W. BAILEY, MD, JD
ROBERT B. WALLIS

**Frank B. Daniel**
fdaniel@essmyerdaniel.com
281-768-7205 Direct

January 16, 2015

**Via Certified Mail**

Michelle Tucker
Court Reporter, 80th Civil District Court
201 Caroline, 9th Floor
Houston, Texas 77002

> Re:   Cause No. 2012-62792; *Truong v. Nguyen.*; In the 80th Judicial District Court of Harris County, Texas

Dear Ms. Tucker:

Plaintiff Vicky Truong has today filed a notice of appeal to either the First or Fourteenth Court of Appeals from the Trial Court's Final Judgment, signed on October 24, 2014. Plaintiff requests that you reported, if any, prepare and file with the appropriate Court of Appeals a full record of all recorded proceedings in this case that you reported, if any, including all proceedings and exhibits from the trial of this case on October 7th, 2014 and the pre-trial and post-trial hearings.

Please let me know if you recorded any of the proceedings in this case or if you require a deposit for the any record that you may have transcribed.

Please contact me at 713-869-1155 or on my cell phone at 832-627-8794 if you need any additional information.

Very truly yours,

Michael M. Essmyer, Sr.

EXHIBIT 1

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District
301 Fannin Street
Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX: 713-755-8131

www.txcourts.gov/1stcoa.aspx

February 25, 2015

Court Reporter 80th District Court
201 Caroline, 9th Fl
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number: 01-15-00082-CV    Trial Court Case Number: 2012-62792

Style:  Vicky Troung v. Huong Nguyen

Dear Reporter:

The reporter's record was due to be filed February 23, 2015, but it has not been received for filing. *See* TEX. R. APP. P. 35.1. Please file the reporter's record within 30 days of the date of this notice. *See* TEX. R. APP. P. 37.3(a)(1).

Or, you may use the information sheet on the Forms page of the Court's website, http://www.txcourts.gov/1stcoa, to notify my office that: (1) proceedings were not recorded; (2) no party has requested a reporter's record; (3) the party responsible for paying for preparation of the reporter's record has not paid the reporter's fee or has not made satisfactory arrangements to pay the fee and, is not entitled to appeal without paying the fee, i.e., the party is not indigent. *See* TEX. R. APP. P. 35.3 (b).

If either the reporter's record or a request for an extension of time is not filed by the due date, this matter will be referred to the Court so it can make whatever order is appropriate to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1).

Sincerely,

Christopher A. Prine, Clerk of the Court

By Noemi E. Hernandez, Deputy Clerk

EXHIBIT 2

cc:    Franklin  Baldwin Daniel (DELIVERED VIA E-MAIL)
       The Honorable Chris Daniel (DELIVERED VIA E-MAIL)
       Judge 80th District Court (DELIVERED VIA E-MAIL)
       Michael Essmyer Jr. (DELIVERED VIA E-MAIL)
       John Causey (DELIVERED VIA E-MAIL)

CERTIFIED MAIL

7008 0150 0001 8629 0153

ESSMYER & DANIEL, P.C.
Attorneys At Law
5111 Center St.
Houston, Texas 77007-3305
713-869-1155

UNITED STATES POSTAGE
PITNEY BOWES

02 1P         $ 006.690
0001707690  APR 29 2015
MAILED FROM ZIP CODE 77007

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY - 8 2015

CHRISTOPHER A. PRINE

MAY 2015

MR. CHRISTOPHE PINE (CLERK)
1st COURT of APPEALS
301 FANNIN ST.
HOUSTON, TX 77002-2066

7700032066